1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  CHRISTOPHER R. LEON

7

8
                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10

11

12 CHRISTOPHER R. LEON,                ) Case No.: 2:13-cv-02317-JAD-CWH
                                       )
13            Plaintiff,               ) STIPULATION FOR DISMISSAL
   v.                                  )
14                                     )
   CAROLYN W. COLVIN, Acting           )
15 Commissioner of Social Security.    )
                                       )
16            Defendant.               )
                                       )
17 _____ )

18      TO THE HONORABLE CARL W. HOFFMAN, MAGISTRATE JUDGE
19 OF THE DISTRICT COURT:
20      IT IS HEREBY STIPULATED by and between Christopher R. Leon
21 ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social
22 Security ("Defendant"), that this matter be dismissed with prejudice, each party to
23 bear its own fees, costs, and expenses.
24 ///
25 ///
26

1    The parties enter into this stipulation pursuant to the terms of F.R.Civ.P.
2 Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: May 16, 2014            Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Mr. Christopher R. Leon

DATE:  May 16, 2014
DANIEL G. BOGDEN
United States Attorney

/s/ *Jennifer A. Kenney*
BY: _____
JENNIFER A. KENNEY
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

### ORDER

Based on the parties' stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated:  May 19, 2014.

_____
UNITED STATES DISTRICT JUDGE